R. G. Gould, et al. v. The State.

No. 7258.   Decided October 24, 1923.

**Scire Facias—Companion Case.**

Where the legal questions are identical with those in a companion case, the judgment below upon a forfeited bail bond is hereby affirmed.

Appeal from the District Court of Hardeman.   Tried below before the Honorable J. A. Nabers.

Appeal from a fine and judgment upon a forfeited bail bond in the sum of $1,000.00.

The opinion states the case.

*O. B. Freeman, Flippen & Miller,* and *Hankins & Magee,* for appellants.

*W. A. Keeling,* Attorney General, and *C. L. Stone,* Assistant Attorney General, for the State.

HAWKINS, Judge.—This is an appeal from final judgment upon a forfeited bail bond in the sum of one thousand dollars, against R. G. Gould as principal and Otto Lang and P. W. Gifford as sureties.

The facts are identical with those stated in cause No. 7256 in this court wherein the same parties are involved and reported in 94 Texas Crim. Rep., 18, 252 S. W. Rep., 772, with the exception that the number of the case in the lower court in which the present forfeiture was taken is No. 1497, and the bail bond involved was made in cause No. 210 on the docket of the Justice of the Peace.

The legal questions are identical.   On the authority of Gould, et al. v. State, (supra) this judgment must be affirmed.

*Affirmed.*